**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7822**

REGINALD F. MILEY-BUTLER,

             Plaintiff – Appellant,

       v.

VALERIE CARTER, Program Director; SCOTT BAIRD, Major/Asst.
Superintendent Operations,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Anthony J. Trenga,
District Judge. (1:14-cv-01146-AJT-JFA)

Submitted: April 10, 2015           Decided: May 1, 2015

Before SHEDD, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Reginald F. Miley-Butler, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald F. Miley-Butler appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) action without prejudice pursuant to Fed. R. Civ. P. 41(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Miley-Butler v. Carter, No. 1:14-cv-01146-AJT-JFA (E.D. Va. Nov. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED